## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### AT BECKLEY

CHANDA ADKINS,

    Plaintiff,

v.                                      CIVIL ACTION 5:18-cv-01358

WAL-MART STORES EAST, LP,

    Defendant.

### ORDER REMOVING CASE FROM DOCKET

The Court has been advised of the settlement of this action by counsel for all parties. Accordingly, the Court **ORDERS** as follows:

1. The remaining requirements of the scheduling order are continued pending further order of the Court;

2. The action is retired to the inactive docket. The parties may, within thirty (30) days after entry of this Order, submit a stipulation of dismissal. In the event a stipulation of dismissal is not received within the prescribed period, the case is **DISMISSED** without prejudice without the necessity of a further order; and

3. The Court may, for good cause shown, reinstate the action to the active docket upon request of any party filed within the thirty (30) day period.

The Clerk is directed to send a copy of this order to any unrepresented parties and counsel of record.

ENTERED: March 6, 2020



Frank W. Volk
United States District Judge